| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 66 |
| KEITH RYAN HAVENS | * | September Term, 2025 |

ORDER

Upon consideration of the parties' joint petition for six month suspension stayed in favor of one year of probation under the terms and conditions of the parties' probation agreement, it is this 16th day of July 2026, by the Supreme Court of Maryland,

ORDERED that Respondent, Keith Ryan Havens, be suspended from the practice of law in Maryland for a period of six months for violations of Rules 19-301.1, 19-301.3, 19-301.15, of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rules 19-407 and 19-408, with the suspension stayed for a period of one year under the terms and conditions of the parties' probation agreement; and it is further

ORDERED that, the Respondent shall pay $1,135.30 within ninety days of this order to the Attorney Grievance Commission as reimbursement for the costs associated with this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.





/s/ Matthew J. Fader
Chief Justice

Gregory Hilton, Clerk

*Justice Gould did not participate in the consideration of this matter.